

NUMBER 13-08-00298-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

NATALIA CASTRO,                                                          APPELLANT,

v.

ISABEL ALONZO,                                                          APPELLEE.

On Appeal from the 138th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 138th District Court

of Cameron County, Texas, in cause number 2006-07-3214-B.  Appellant has  filed an

unopposed motion to dismiss the appeal on grounds that the parties have settled the

lawsuit and releases have been signed by the parties. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring them. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of February, 2009.